Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| BLAKE WINGATE | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-cv-6277 |
| v. | |
| BARRY PORSCH, AMY LAMANNA,<br>TED O'BRIEN, CHRISTINA LYNN HILL,<br>ANTHONY ANNUCCI AND DOMELLE<br>A. BARRY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed without prejudice.


Date: February 28, 2023                                MARY C. LOEWENGUTH
                                                       CLERK OF COURT

                                                       By: s/Lisa M.
                                                           Deputy Clerk